IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER JACOBSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COAST HEARTH & HOME, INC., an Oregon corporation, and ROBIN COMSTOCK, individually,<br><br>　　　Defendants. | Civ. No. 6:20-cv-00903-AA<br><br>JUDGMENT |

Pursuant to the parties' Notice of Dismissal, this case is DISMISSED with prejudice.

DATED: 1/4/2021

　　　　　　　　　　　　　　　　　Mary L. Moran, Clerk

　　　　　　　　　　　　　By　　/s/ Cathy Kramer
　　　　　　　　　　　　　　　　Deputy Clerk

1 –JUDGMENT